**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN VOORHIS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 26-72 Erie** |
| **v.** | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **CORRECTION OFFICER JUSTIN KERN, et al.,** | ) | **Magistrate Judge Richard A. Lanzillo** |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

Plaintiff Jonathan Voorhis initiated this action on March 16, 2026, by filing a motion to proceed *in forma pauperis* ("ifp motion") [ECF No. 1] with an attached *pro se* civil rights complaint [ECF No. 1-1].[1] The matter was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The complaint names as Defendants four individuals who were employed as corrections officers at the Erie County Prison ("ECP") where Plaintiff was previously incarcerated: Correction Officer Justin Kern, Lieutenant Mark Lindsey, Correctional Officer Space, and Correctional Officer Robin White. Plaintiff claims that Defendants conspired to use excessive force against him in violation of Plaintiff's Eighth Amendment rights, arising from an incident that allegedly occurred at ECP on January 21, 2023.

After reviewing Plaintiff's complaint under the screening provisions of 28 U.S.C. § 1915(e), Judge Lanzillo issued a Report and Recommendation on October 7, 2026, recommending that the complaint be dismissed, with prejudice, as legally frivolous because it is

1 Plaintiff's ifp motion was granted on October 8, 2026 [ECF No. 5], at which time Plaintiff's complaint was formally docketed. [ECF No. 6].

duplicative of claims arising from the same incident that Plaintiff has brought in both prior and pending lawsuits before this Court. [ECF No. 4].[2] No timely objections to the R&R have been filed.

After *de novo* review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 10th day of November, 2026;

IT IS HEREBY ORDERED that this case is DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e). The report and recommendation of Magistrate Judge Lanzillo, issued October 7, 2026 [ECF No. 4], is adopted as the opinion of the Court.

The Clerk is directed to mark this case CLOSED.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge

all parties of record

---

2 Claims of conspiracy to commit excessive force and/or excessive force arising from the same incident of January 21, 2023, were previously brought by Plaintiff in Case Nos. 1:23-cv-93, and 1:26-cv-35, and subsequently in Case No. 1:26-cv-107, against one or more of the same Defendants. In addition, Plaintiff has filed two more actions containing identical allegations against the same Defendants in the Middle District Court of Pennsylvania, at Case Nos. 25-cv-1843 and 26-cv-2346, both of which are awaiting screening by the court.